**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-02109-LTB-CBS

VALENTINA R. GONZALEZ,
    Plaintiff,

vs.

NATIONAL ENTERPRISE SYSTEMS, INC., a Ohio corporation,
    Defendant.
_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Plaintiff's Unopposed Motion to Dismiss With Prejudice (Doc 3 - filed November 18, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                s/Lewis T. Babcock
                Lewis T. Babcock, Chief Judge

DATED: November 21, 2005